**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

**NOTICE of WITHDRAWAL and SUBSTITUTION of COUNSEL**

PLEASE TAKE NOTICE that The Martin Conway Law Firm, PC, by counsel, hereby

gives notice that James Tse Chung Tsai withdraws from the pending cases listed on the attached

Exhibit A effective January 8, 2014.

PLEASE TAKE FURTHER NOTICE that Martin C. Conway will replace James Tse

Chung Tsai as counsel for the Debtors in the pending cases listed on Exhibit A.


                       THE MARTIN CONWAY LAW FIRM, PC
                       By counsel

By:    /s/ James Tse Chung Tsai
        James Tse Chung Tsai (VSB No: 76141)

       /s/ Martin C. Conway
       Martin C. Conway (VSB No: 34334)
       THE MARTIN CONWAY LAW FIRM, PC
       12934 Harbor Drive, Suite 108
       Woodbridge, VA  22192
       855-848-3011
       571-285-3334 (facsimile)


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was served by ELECTRONIC MAIL

through the Court's electronic filing system.


                    /s/ Martin C. Conway